# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:23-CV-197-KDB-DCK

| | |
|---|---|
| KEITH BALDWIN, JR., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JAMEY FLETCHER, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion To Retain Case On Docket" (Document No. 14) filed May 17, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Bell's chambers, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Retain Case On Docket" (Document No. 14) is **GRANTED**. Plaintiff is allowed until **June 20, 2024** to move for an entry of default against Defendant Fletcher for failing to respond to Plaintiff's Complaint.

**SO ORDERED**.

Signed: May 20, 2024

David C. Keesler
United States Magistrate Judge