# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Keith Baldwin Jr.,<br><br>Petitioner<br><br>vs.<br><br>Jamey Fletcher<br>Maiden Police Department,<br><br>Respondent. | JUDGMENT IN CASE<br><br>5:23-cv-00197-KDB-DCK |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 2, 2024 Order.

Signed: December 2, 2024

Katherine Hord Simon, Clerk
United States District Court